```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        EASTERN DIVISION


STEVE JASPER, #3238                                      PETITIONER


VS.                          CIVIL ACTION NO. 4:04CV138TSL-JCS


LAWRENCE KELLY, SUPERINTENDENT,
AND JIM HOOD, ATTORNEY GENERAL                          RESPONDENTS
```

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about June 23, 2006, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 17th day of July, 2006.


                              /S/ TOMS. LEE
                              UNITED STATES DISTRICT JUDGE